**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| EDWARD HENDERSON, individually and on behalf of all those similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>COX ENTERPRISES, INC. d/b/a THE ATLANTA JOURNAL-CONSTITUTION,<br><br>            Defendant. | Civil Action No. |

**DECLARATION OF ZACHARY MCGHEE IN SUPPORT OF
DEFENDANT COX ENTERPRISES, INC.'S NOTICE OF REMOVAL**

I, Zachary McGhee, state and declare as follows:

1.      I am employed by Cox Enterprises, Inc. ("Cox") as the Chief Product Officer at the *Atlanta Journal-Constitution* (the "AJC").  In that capacity, I am familiar with the systems of records that Cox uses to record and create information related to the AJC.  These records are created and maintained in the regular course of Cox's business, and Cox relies on those records in the ordinary course to conduct its business.  I submit this Declaration in support of Cox's Notice of Removal. Unless stated otherwise, I have personal knowledge of the facts stated herein and, if called upon to do so, could and would competently testify thereto.

2.      Cox is a Delaware corporation. Its principal place of business is in

1

Georgia.  Cox owns the AJC publication.

3.      I understand from reviewing Cox's records that, as of August 2025, the AJC had many subscribers that are residents of states other than Georgia and Delaware.

4.      I understand from reviewing Cox's records that, since August 2025, at least 2,000 of AJC's subscribers visited AJC.com or AJC's mobile application and viewed videos.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April __24__, 2026, at ___Atlanta___, ___Georgia___.


_____
Zachary McGhee