**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| EDWARD HENDERSON, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COX ENTERPRISES, INC. d/b/a THE ATLANTA JOURNAL-CONSTITUTION,<br><br>Defendant. | Civil Action No. 1:26-cv-02295-TWT |

**DEFENDANT COX ENTERPRISEES, INC.'S**
**MOTION TO COMPEL ARBITRATION AND STAY CASE**

Defendant Cox Enterprises, Inc., sued as doing business as the Atlanta Journal-Constitution (the "AJC" or "Defendant"), by and through its undersigned counsel, and pursuant to Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1 *et seq*., respectfully moves the Court to enter an order compelling arbitration of the claims asserted against it by Plaintiff Edward Henderson ("Plaintiff") and to stay this case pending the outcome in arbitration. In support of its Motion, the AJC states as follows:

1. All of Plaintiff's claims against the AJC are subject to a binding and enforceable written arbitration agreement in the AJC's Subscription Terms and Terms of Use.

2. All of the prerequisites to the enforcement of the parties' arbitration

agreement under the FAA are satisfied in this case because (i) Plaintiff accepted, and is bound by, the AJC's mandatory arbitration agreement, and (ii) Plaintiff's claims are subject to the AJC's mandatory arbitration agreement (and any dispute regarding the agreement's scope is delegated to the arbitrator in any event).

3. In support of its Motion, the AJC relies on the pleadings, the filings in this action, the Memorandum of Law in support of this Motion, and the Declaration of Zachary McGhee and exhibits thereto filed herewith, any arguments of counsel, and such other and further matters as the Court may consider.

WHEREFORE, for the reasons stated herein and in the AJC's Memorandum of Law in Support, the AJC respectfully requests that this Court grant its Motion to Compel Arbitration and Stay Case, compel arbitration of Plaintiff's individual claims against the AJC and stay this case pending arbitration.

Dated: June 9, 2026

Respectfully submitted,

**WATSTEIN TEREPKA LLP**

*<u>/s/ Ryan D. Watstein</u>*
Ryan D. Watstein
ryan@wtlaw.com
Georgia Bar No. 266019
75 14th Street Northeast
Suite 2600
Atlanta, Georgia 30309
Telephone: 404-782-0695

Aravind Swaminathan (admitted *pro hac vice*)
aswaminathan@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
401 Union Street, Suite 3300
Seattle, WA 98101
Telephone: 206-839-4300

Ali Abugheida (admitted *Pro Hac Vice*)
aabugheida@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700

Attorneys for Defendant
Cox Enterprises, Inc. d/b/a the Atlantic
Journal-Constitution

**CERTIFICATE OF COUNSEL**

I hereby certify that the foregoing document has been prepared with Times New Roman, 14-point font, one of the font and point selections approved by the Court in L.R. 5.1.

*/s/ Ryan D. Watstein*
Ryan D. Watstein

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2026, all counsel of record, who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ Ryan D. Watstein*
Ryan D. Watstein